BROWN, Appellant, v. ARBOGAST & BASTIAN CO., Respondents (two cases). (Supreme Court, Appellate Division, First Department. November 28, 1913.) Actions by Martha T. Brown against the Arbogast & Bastian Company. G. H. Taylor, of New York City, for appellant. L. H. Hall, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRUDIE, Respondent, v. RENAULT FRERES SELLING BRANCH, Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Annie Brudie, as administratrix, against the Renault Frères Selling Branch. E. M. Grout, of New York City, for appellant. W. E. Weaver, of Whitestone, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 153 App. Div. 675, 138 N. Y. Supp. 657.

INGRAHAM, P. J., dissenting.

In re BRUNETTI. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of the application of Virginia Woodbury Lowery Brunetti for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

BRUNO, Appellant, v. ROGERS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Vittorio Bruno against James M. Rogers and another. R. Maggio, of New York City, for appellant. E. C. Sherwood, of New York City, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

BUCKLEY et al., Appellants, v. GALLAGHER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Matter of Dennis J. Buckley and another against Frank Gallagher and others. A. De Roode, of New York City, for appellants. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BULLARD v. GLENS FALLS PORTLAND CEMENT CO. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Frank E. Bullard against the Glens Falls Portland Cement Company. No opinion. Motion granted, unless within 15 days the appellant serves proposed case and pays to the respondent $10 costs of this motion, in which case motion denied.

In re BURLANDO. (Supreme Court, Appellate Division, First Department. December 19, 1913.) In the matter of Robert C. Burlando.

No opinion. Referred to official referee. Settle order on notice.

In re BURNSTINE. (Supreme Court, Appellate Division, First Department. December 19, 1913.) In the matter of Henry C. Burnstine. No opinion. Referred to official referee. Settle order on notice.

BURRELL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Edward J. Burrell, an infant, against the City of New York. No opinion. Motion to dismiss appeal. granted, with $10 costs. Order filed.

BURRELL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Edward Burrell against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BURT, Respondent, v. VAN ALSTINE, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Gertrude Burt against Philip Van Alstine. No opinion. Judgment and order unanimously affirmed, with costs.

BUSEMAN, Respondent, v. McGOVERN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Henry Buseman against Patrick McGovern and Charles Perrin, copartners.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that, fairly construed, the complaint did not charge omission to oil the derrick as one of the defects. The evidence with regard to such omission was seasonably objected to, and, when received, failed to establish by a fair preponderance thereof that the breaking of the gooseneck was due to such omission.

JENKS, P. J., and CARR, J., concur in the result.

BUSHBY, Appellant, v. BERKELEY, Respondent. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by James G. Bushby against Lancelot M. Berkeley. M. D. Steuer, of New York City, for appellant. L. M. Berkeley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1109.

CAFFEE, Appellant, v. A. R. SAX LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Alberto H. Caffee against the A. R. Sax Lumber Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Caffee v.